1

The Honorable Ronald B. Leighton

2

3

4

5

6

7                  UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
8                            AT TACOMA

9   INVENTIST INC.,

10                              Plaintiff,        Case No. 3:16-cv-05688-RBL

11        v.                                      **ORDER GRANTING STIPULATED
                                                  MOTION TO SUBSTITUTE
12   NINEBOT INC (USA), D/B/A NINEBOT U.S.,       PLAINTIFF PURSUANT TO
     INC.; NINEBOT (TIANJIN) TECHNOLOGY           FED. R. CIV. P. 25(c)**
13   CO., LTD; NINEBOT, INC (China),

14                             Defendants.

15

16        THIS MATTER came before the Court on the parties' Stipulated Motion to Substitute

17   Plaintiff pursuant to Fed. R. Civ. P. 25(c).  Having considered the Motion and all pleadings and

18   files herein, **IT IS HEREBY ORDERED THAT** the parties' Stipulated Motion is **GRANTED.**

19   Solowheel, Inc. will take the place of Inventist Inc. as Plaintiff in the above-captioned action.

20   Inventist Inc. has agreed to and will participate in discovery as if it remained a party and without

21   the need for service of a subpoena. All discovery to Inventist Inc. may be served upon Foster

22   Pepper at the following address:

23                         Benjamin J. Hodges
                          Cristofer Leffler
24                        Kevin Ormiston
                          FOSTER PEPPER PLLC
25                        1111 3rd Avenue, Suite 3000
                          Seattle, WA 98110
26

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE            **FOSTER PEPPER PLLC**
PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c) - 1           **1111 THIRD AVENUE, SUITE 3000**
Case No. 3:16-cv-05688-RBL                               **SEATTLE, WASHINGTON  98101-3292**
                                                         **PHONE (206) 447-4400  FAX (206) 447-9700**

Telephone: (206) 447-4400
Fax: (206) 749-1940
Ben.Hodges@foster.com,
cristofer.leffler@foster.com,
Kevin.Ormiston@foster.com

DATED this 26th day of December, 2017.

Ronald B. Leighton
United States District Judge

Presented by:
By:  *s/  Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
Cristofer Leffler, WSBA # 35020
Kevin Ormiston, WSBA #49835
FOSTER PEPPER PLLC
1111 3rd Avenue, Suite 3000
Seattle, WA 98110
Telephone: (206) 447-4400
Fax: (206) 749-1940
E-mail: Ben.Hodges@foster.com,
cristofer.leffler@foster.com,
Kevin.Ormiston@foster.com
*Counsel for Plaintiff Inventist, Inc. and*
*Proposed Substitute Plaintiff SoloWheel, Inc.*

By:  *s/  Al Van Kampen*
Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Ste 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com
Cameron H Tousi
IP LAW LEADERS PLLC
6701 Democracy Blvd, Ste 555
Bethesda, MD 20817
Telephone: (202) 248-5410
Email: chtousi@ipllfirm.com
*Counsel for Defendants Ninebot Inc (USA),*
*d/b/a Ninebot U.S., Inc., Ninebot (Tianjin)*
*Technology Co., Ltd, and Ninebot, Inc (China)*

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE
PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c) - 2
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700