# EXHIBIT A

| | |
|---|---|
| **From:** | Ben Hodges |
| **Sent:** | Friday, January 26, 2018 8:44 AM |
| **To:** | 'Cameron H. Tousi' |
| **Cc:** | 'Al Van Kampen'; Cristofer Leffler; Kevin Ormiston; Ryan Duffey; 'Andrew C. Aitken' |
| **Subject:** | RE: SOLOWHEEL V. NINEBOT - FIRST AMENDED COMPLAINT.DOCX |

Cameron,

Thanks for getting back to me. I appreciate your views, though I of course disagree with them. That said, I realize this isn't an issue that we will change each other's minds on, so we will simply proceed with filing it as a standard opposed motion.

Thanks.

Ben

**Ben Hodges**
**ATTORNEY**

**FOSTER PEPPER** PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101

ben.hodges@foster.com

Tel: 206-447-6282
Fax: 206-749-1940

foster.com

**From:** Cameron H. Tousi [mailto:chtousi@ipllfirm.com]
**Sent:** Thursday, January 25, 2018 9:18 PM
**To:** Ben Hodges
**Cc:** Al Van Kampen; Cristofer Leffler; Kevin Ormiston; Ryan Duffey; Andrew C. Aitken
**Subject:** Re: SOLOWHEEL V. NINEBOT - FIRST AMENDED COMPLAINT.DOCX

Ben,

We have now heard back from our client about the matter, and we will oppose your proposed motion to amend the complaint. There are many reasons for this, including that the case was originally filed Aug. 4, 2016 and is well under way, that the schedule has been set and re-set by the Court, that Solowheel, or the predecessor owner of the patents, Inventist, could have added the patents far earlier so as not to prejudice the Court and Defendant Ninebot with its calendaring and trial schedule. We are available to discuss the matter at your convenience.

Best regards,
Cameron

On Tue, Jan 16, 2018 at 4:48 PM, Ben Hodges <ben.hodges@foster.com> wrote:

Cameron and Al,

Solowheel intends to move to amend its Complaint to add 2 design patents. I've attached a draft of the Amended Complaint for your review. Please let us know if will stipulate to this amendment or if we need to file a Motion.

Thank you.

Ben

Ben Hodges
**ATTORNEY**

F OSTER  P EPPER  PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101

ben.hodges@foster.com

Tel: 206-447-6282
Fax: 206-749-1940

foster.com

--

Cameron H. Tousi, Esq.
Managing Partner
**IP Law Leaders PLLC**

E         chtousi@ipllfirm.com
Tel     +1 202 248 5410
Fax    +1 202 318 4538
Web   www.iplawleaders.com
**DC Metro Area**    6701 Democracy Blvd., Ste. 555, Bethesda, MD 20817
**Washington, DC**  1701 Pennsylvania Avenue, NW, Ste. 300, Washington, DC 20006
**Silicon Valley**      4 Embarcadero Center, Ste. 1400, San Francisco, CA 94111

PRIVILEGED AND CONFIDENTIAL
PLEASE NOTE: This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Our firm reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message. Thank you.
**Please consider the environment before printing this email.**