The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| SOLOWHEEL, INC., <br>                  Plaintiff, <br>     v. <br> NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China), <br>                  Defendants. | Case No. 3:16-cv-05688-RBL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** <br><br> **NOTE ON MOTION CALENDAR: June 27, 2018** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Solowheel, Inc. ("Solowheel") and Defendant Ninebot (Tianjin) Technology Co., Ltd ("Ninebot") hereby stipulate and jointly move the Court for extensions regarding all remaining deadlines set forth in the Court's January 16, 2018 Order Granting Stipulation and Joint Motion to Extend Deadlines (D.I. 31). The reason for this Stipulation and (Proposed) Order to Extend Deadlines is that (i) the parties are involved in extensive discussions toward settlement of all pending issues, and believe the additional time requested shall facilitate such resolution, and (ii) the parties desire to ensure consistency and coherence between the dates established in the foregoing orders, to ensure timely completion of all stages of

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES
Case No. 3:16-cv-05688 RBL

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, SUITE 555
BETHESDA, MARYLAND 20817
(202) 248-5410
IPLAWLEADERS.COM

the case. The proposed extension of deadlines follows the Court's Local and Patent Rules and is as follows:

|  | **Original Date** | **Proposed Date** |
|---|---|---|
| Joint Claim Construction | June 7, 2018 | August 27, 2018 |
| Claim Construction Expert Disclosures | June 7, 2018 | August 27, 2018 |
| Completion of Claim Construction Discovery | July 27, 2018 | September 27, 2018 |
| Opening Claim Construction Brief | August 1, 2018 | October 1, 2018 |
| Responsive Claim Construction Brief | August 16, 2018 | October 16, 2018 |
| Markman hearing at 09:00 AM | *To be determined.* | *To be determined.* |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | July 12, 2018 | *To be determined.* |
| Rebuttal Expert Disclosure/Reports | August 10, 2018 | *To be determined.* |
| Motions | August 17, 2018 | *To be determined.* |
| Completion of discovery (fact and expert) | September 10, 2018 | *To be determined.* |
| Dispositive motions | October 5, 2018 | *To be determined.* |
| Attorney settlement conference | November 30, 2018 | *To be determined.* |
| Mediation to be completed | December 10, 2018 | *To be determined.* |
| Motions in Limine | December 10, 2018 | *To be determined.* |
| Pretrial Order | December 26, 2018 | *To be determined.* |
| Trial briefs | January 2, 2019 | *To be determined.* |
| Voire dire/jury instructions | January 2, 2019 | *To be determined.* |

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM

The Parties acknowledge the proposed extension of deadlines may impact later dates, and will adhere to any subsequent resetting of deadlines which the Court deems appropriate. A Proposed Order is below.

Dated: June 27, 2018

*Respectfully submitted,*

By: s/ Benjamin J. Hodges
Benjamin J. Hodges, WSBA #49301
Kevin Ormiston, WSBA #49835
FOSTER PEPPER PLLC
1111 3rd Avenue, Suite 3000 Seattle, WA 98110
Telephone: (206) 447-4400
Fax: (206) 749-1940
E-mail: Ben.Hodges@foster.com,
Kevin.Ormiston@foster.com

*Counsel for Plaintiff Solowheel, Inc.*

By: *s/ Al Van Kampen*
Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Ste 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

Cameron H Tousi (admitted *pro hac vice*)
IP LAW LEADERS PLLC
6701 Democracy Blvd, Ste 555
Bethesda, MD 20817
Telephone: (202) 248-5410
Email: chtousi@ipllfirm.com

*Counsel for Defendant*
*Ninebot (Tianjin) Technology Co., Ltd.*

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED

DATED this ____ day of _____, 2018.

_____
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES        3
Case No. 3:16-cv-05688 RBL

**CERTIFICATE OF SERVICE**

1. I, Al Van Kampen, hereby certify that on June 27, 2018, the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which transmits notification of the filing to the following persons:

Benjamin J. Hodges
Kevin Ormiston
**FOSTER PEPPER PLLC (SEA)**
1111 Third Ave., Ste. 3000
Seattle, Washington 98101-3299
Tel: 206-447-9700
Ben.Hodges@foster.com
Kevin.ormiston@foster.com

By: s/ *Al Van Kampen*

Al Van Kampen

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES        4
Case No. 3:16-cv-05688 RBL