The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOLOWHEEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China), <br><br> Defendant. | Case No. 3:16-cv-05688-RBL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** <br><br> **NOTE ON MOTION CALENDAR: August 23, 2018** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Solowheel, Inc. ("Solowheel") and Defendant Ninebot (Tianjin) Technology Co., Ltd ("Ninebot") hereby stipulate and jointly move the Court for extensions regarding all remaining deadlines set forth in the Court's June 28, 2018 Order Granting Stipulation and Joint Motion to Extend Deadlines (D.I. 41). The reason for this Stipulation and [Proposed] Order to Extend Deadlines is that (i) the parties are involved in extensive discussions toward settlement of all pending issues, and believe the additional time requested shall facilitate such resolution, and (ii) the parties desire to ensure consistency and coherence between the dates established in the foregoing orders, to ensure timely completion of

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES - 1
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

all stages of the case. The proposed extension of deadlines follows the Court's Local and Patent Rules and is as follows:

|  | **Original Date** | **Proposed Date** |
|---|---|---|
| Joint Claim Construction | August 27, 2018 | September 27, 2018 |
| Claim Construction Expert Disclosures | August 27, 2018 | September 27, 2018 |
| Completion of Claim Construction Discovery | September 27, 2018 | October 29, 2018 |
| Opening Claim Construction Brief | October 1, 2018 | November 1, 2018 |
| Responsive Claim Construction Brief | October 16, 2018 | November 16, 2018 |
| Markman hearing at 09:00 AM | *To be determined.* | *To be determined.* |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | *To be determined.* | *To be determined.* |
| Rebuttal Expert Disclosure/Reports | *To be determined.* | *To be determined.* |
| Motions | *To be determined.* | *To be determined.* |
| Completion of discovery (fact and expert) | *To be determined.* | *To be determined.* |
| Dispositive motions | *To be determined.* | *To be determined.* |
| Attorney settlement conference | *To be determined.* | *To be determined.* |
| Mediation to be completed | *To be determined.* | *To be determined.* |
| Motions in Limine | *To be determined.* | *To be determined.* |
| Pretrial Order | *To be determined.* | *To be determined.* |
| Trial briefs | *To be determined.* | *To be determined.* |
| Voire dire/jury instructions | *To be determined.* | *To be determined.* |

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES - 2
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

The Parties acknowledge the proposed extension of deadlines may impact later dates, and will adhere to any subsequent resetting of deadlines which the Court deems appropriate. A Proposed Order is below.

Dated: August 23, 2018

*Respectfully submitted,*

By: s/ Benjamin J. Hodges
Benjamin J. Hodges, WSBA #49301
Kevin Ormiston, WSBA #49835
FOSTER PEPPER PLLC
1111 3rd Avenue, Suite 3000 Seattle, WA 98110
Telephone: (206) 447-4400
Fax: (206) 749-1940
E-mail: Ben.Hodges@foster.com, Kevin.Ormiston@foster.com

*Counsel for Plaintiff Solowheel, Inc.*

By: *s/ Al Van Kampen*
Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Ste 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

Cameron H Tousi (admitted *pro hac vice*)
IP LAW LEADERS PLLC
6701 Democracy Blvd, Ste 555
Bethesda, MD 20817
Telephone: (202) 248-5410
Email: chtousi@ipllfirm.com

*Counsel for Defendant*
*Ninebot (Tianjin) Technology Co., Ltd.*

### [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED

DATED this ____ day of _____, 2018.

_____
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 3
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700