The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SOLOWHEEL, INC., | |
|---|---|
| Plaintiff, | Case No. 3:16-cv-05688-RBL |
| v. | **JOINT STATUS REPORT WITH PROPOSED DATES AND [PROPOSED] ORDER** |
| NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China), | **NOTE ON MOTION CALENDAR: DECEMBER 7, 2018** |
| Defendant. | |

Pursuant to the Court's November 28, 2018 Order, the Parties provide the following update. The Parties are prepared to promptly proceed to a Claim Construction Hearing at the Court's convenience, while also respecting holiday conflicts and travel. The Parties have not made any additional progress on informal resolution of the issues in the case.

The Parties' proposed deadlines for the remainder of the case are as follows:

| | **Proposed Date** |
|---|---|
| Markman hearing | January 14, 2019, or such time around said date as convenient for the Court. |

JOINT STATUS REPORT WITH PROPOSED
DATES AND [PROPOSED] ORDER - 1
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

| | |
|---|---|
| Completion of fact discovery | The Parties respectfully assume a Markman ruling approximately three months from the hearing<br><br>June 7, 2019 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | July 19, 2019. |
| Rebuttal Expert Disclosure/Reports | August 23, 2019. |
| Completion of expert discovery | September 20, 2019. |
| Dispositive motions | November 8, 2019. |
| Attorney settlement conference | January 20, 2020. |
| Mediation to be completed | February 3, 2020. |
| Motions in Limine | February 3, 2020. |
| Pretrial Order | February 17, 2020. |
| Trial briefs | February 24, 2020. |
| Voire dire/jury instructions/Start of 5 day Trial | March 9, 2020. |

//
//
//
//
//
//
//
//
//

JOINT STATUS REPORT WITH PROPOSED
DATES AND [PROPOSED] ORDER - 2
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

Dated: December 7, 2018

*Respectfully submitted,*

By: *s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
Kevin Ormiston, WSBA #49835
FOSTER PEPPER PLLC
1111 3rd Avenue, Suite 3000
Seattle, WA 98110
Telephone: (206) 447-4400
Fax: (206) 749-1940
E-mail: Ben.Hodges@foster.com,
Kevin.Ormiston@foster.com

*Counsel for Plaintiff Solowheel, Inc.*

By: *s/ Cameron H. Tousi*
Cameron H Tousi (admitted *pro hac vice*)
IP LAW LEADERS PLLC
6701 Democracy Blvd, Ste 555
Bethesda, MD 20817
Telephone: (202) 248-5410
Email: chtousi@ipllfirm.com

Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Ste 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

*Counsel for Defendant*
*Ninebot (Tianjin) Technology Co., Ltd.*

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED

DATED this _____ day of _____, 2018.

_____
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT WITH PROPOSED
DATES AND [PROPOSED] ORDER - 3
Case No. 3:16-cv-05688-RBL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700