UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOLOWHEEL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China),<br><br>    Defendants. | Case No. 3:16-cv-05688-RBL<br><br>**DECLARATION OF CAMERON H. TOUSI CONCERNING SOLOWHEEL'S MOTION TO COMPEL DISCOVERY AND ITS CROSS-MOTION TO COMPEL DISCOVERY** |

I, Cameron H. Tousi, declare as follows:

1. I am the managing partner of the law firm IP Law Leaders PLLC, and counsel of record for Defendant Ninebot (Tianjin) Technology Co., Ltd. ("Defendant" or "Ninebot").

2. I submit this declaration in support of Ninebot's Opposition to Plaintiff Solowheel, Inc.'s ("Plaintiff" or "Solowheel") Motion to Compel Discovery and Ninebot's Cross-Motion to Compel Discovery.

3. I have personal knowledge of the following statements, and shall testify thereto if called upon.

4. Attached as **Exhibit A** is a true and correct copy of Solowheel's counsel's communication to my colleague, Andrew C. Aitken, dated November 28, 2018.

Declaration of Cameron H. Tousi
Case No. 3:16-cv-05688 RBL

- 1 -

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM

5. Attached as **Exhibit B** is a true and correct copy of my communication to Solowheel's counsel dated January 8, 2018, inclusive of its attachment.

6. Attached as **Exhibit C** is a true and correct copy of a communication from Solowheel's counsel to my colleague, Andrew C. Aitken, dated October 10, 2018, including prior communications, wherein I was carbon copied.

7. Attached as **Exhibit D** is a true and correct copy of my communication to Solowheel's counsel dated June 28, 2018, wherein Defendant's First Set of Requests for Production of Documents and Things, and First Set of Interrogatories were provided by way of attachments. To date, in response to the aforementioned Requests for Production of Documents and Things, neither Ninebot's counsel nor Ninebot have received any documents from either Solowheel's counsel or Solowheel, nor any indication that such documents would be forthcoming.

8. Attached as **Exhibit E** is a true and correct copy of Defendant's First Set of Requests for Production of Documents and Things. To date, in response thereto, neither Ninebot's counsel nor Ninebot have received any documents from either Solowheel's counsel or Solowheel, nor any indication that such documents would be forthcoming.

9. Attached as **Exhibit F** is a true and correct copy of my communication to Solowheel's counsel dated October 18, 2018, wherein a proposed modified version of the Protective Order was provided by way of attachment. The modified version was provided in marked-up (*i.e.*, showing changes made) and clean formats.

10. Attached as **Exhibit G** is a true and correct copy of the clean version of the Protective Order as described hereinabove in ¶ 9 except that the stipulation language in the signature block has been removed.

11. Attached as **Exhibit H** is a true and correct copy of a Solowheel's email of September 26, 2018, including its downloaded attachment that comprises Solowheel's

Declaration of Cameron H. Tousi
Case No. 3:16-cv-05688 RBL

- 2 -

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM

1  Objections and Answers to Ninebot's aforementioned Defendant's First Set of Requests for
2  Production of Documents and Things.

3  12. Attached as **Exhibit I** is a true and correct copy of a letter written by my
4  colleague, Andrew Aitken, and sent to Solowheel's counsel on October 31, 2018, in response to
5  Solowheel's counsels' letter of September 28, 2018.

6  13. I respectfully submit that Solowheel has failed to produce any documents in
7  response to the aforementioned Request for Production of Documents and Things. As
8  Solowheel's counsel should be aware, these documents are fundamental to Ninebot's ability to
9  assert its rights to invalidation with respect to assertion of prior art or prior art activities and
10 Solowheel's representations and behavior before the U.S. Patent and Trademark Office.

11 14. I declare under penalty of perjury under the laws of the United States that the
12 foregoing is true and correct.

13 Executed and dated this 4th day of March, 2019, at Bethesda, Maryland.

By: /Cameron H. Tousi /
Cameron H. Tousi

Declaration of Cameron H. Tousi
Case No. 3:16-cv-05688 RBL

- 3 -

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which transmits notification of the filing to the following persons:

Benjamin J. Hodges
Cristofer Ivan Leffler
Joel B. Ard
Kevin Ormiston
**FOSTER PEPPER PLLC (SEA)**
1111 Third Ave., Ste. 3000
Seattle, Washington 98101-3299
Tel: 206-447-9700
 Ben.Hodges@foster.com
 Cristofer.leffler@foster.com
 Joel.Ard@Foster.com
 kevin.ormiston@foster.com

Signed at Seattle, Washington this 4th day of March, 2019.

s/ *Al Van Kampen*
Al Van Kampen

Declaration of Cameron H. Tousi
Case No. 3:16-cv-05688 RBL

- 4 -

IP LAW LEADERS PLLC
6701 DEMOCRACY BOULEVARD, STE. 555
BETHESDA, MD 20817
(202) 248-5410
IPLAWLEADERS.COM