# EXHIBIT A

**chtousi@ipllfirm.com**

| | |
|---|---|
| **From:** | Ben Hodges <ben.hodges@foster.com> |
| **Sent:** | Wednesday, November 28, 2018 5:29 PM |
| **To:** | 'Andrew C. Aitken'; Kevin Ormiston |
| **Cc:** | Cameron Tousi |
| **Subject:** | RE: |

Andrew,

Thank you for the effort, but this is also unacceptable and in fact worse. This version you've now made the prosecution bar completely one-sided where it only applies to Plaintiff's counsel and not Defendants' at all. Further, while the shortening of the years is appreciated, the fact remains any bar is unacceptable. Ninebot's counsel for years has had access to the source code that runs Mr. Chen's products without any sort of prosecution bar. Further, I've explained before, it is also simply unnecessary because there are not continuation applications pending or available for the patents in the case. All this does is add an unnecessary layer of complication to something that should not be an issue.

Further, as I already provided the proof, after being asked and told that it was what was needed to get through this impasse, that prosecution bars are not the norm for this district or our firm (regardless of what side we are on) I'm surprised this is still an issue. We've been amenable to every other suggestion or edit proposed, but as I've said now for 10 months a prosecution bar is unacceptable.

Thanks.

Ben


Ben Hodges
**ATTORNEY**
Foster Pepper PLLC
Tel: 206.447.6282
ben.hodges@foster.com
**From:** Andrew C. Aitken [mailto:acaitken@ipllfirm.com]
**Sent:** Tuesday, November 27, 2018 7:55 AM
**To:** Ben Hodges; Kevin Ormiston
**Cc:** Cameron Tousi
**Subject:**

Dear Ben and Kevin:

Cameron has been away from the office and has asked me to try to resolve the impasses on the protective order.

Please see the marked up version that I understand, inter alia, reduces the time prosection bar provision as compared to previous versions.

Let me know if this will resolve the outstanding issues. Feel free to contact me if you would like to discuss the matter.

Very truly yours,

Andy Aitken

--



Andrew C. Aitken, Esq.
Sr. Counsel
**IP Law Leaders PLLC**

| | |
|---|---|
| **E** | acaitken@ipllfirm.com |
| **Tel** | +1 202 248 5410 |
| **Fax** | +1 202 318 4538 |
| **Web** | www.iplawleaders.com |
| **DC Metro Area** | 6701 Democracy Blvd., Ste. 555, Bethesda, MD 20817 |
| **Washington, DC** | 1701 Pennsylvania Avenue, NW, Ste. 300, Washington, DC 20006 |
| **Silicon Valley** | 4 Embarcadero Center, Ste. 1400, San Francisco, CA 94111 |

PRIVILEGED AND CONFIDENTIAL
PLEASE NOTE: This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Our firm reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message. Thank you.
**Please consider the environment before printing this email.**