# EXHIBIT D

## Re: Inventist, Inc. v. Ninebot, Inc. et al. - 3:2016-cv-05688

 **Cameron Tousi** <chtousi@ipllfirm.com>  Thu, Jun 28, 2018, 4:21 PM
to Ben, Kevin, Cristofer, Madeline, Ryan, AVanKampen@VKClaw.com, Birch, Andrew

Counsel:

Served upon you please find Defendant's First Set of Requests for Production of Documents and Thin and First Set of Interrogatories, respectively.

Best regards,
Cameron


On Mon, Nov 20, 2017 at 9:11 PM, Ryan Duffey <Ryan.Duffey@foster.com> wrote:
> Dear Counsel,
>
> On behalf of Ben Hodges, please see the attached documents served upon you regarding the above-referenced matter.
>
> Regards,
>
> Ryan Duffey
> **LEGAL ASSISTANT**
>
> FOSTER PEPPER PLLC
>
> 1111 Third Avenue, Suite 3000