The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SOLOWHEEL, INC.,

                Plaintiff,

v.

NINEBOT INC (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD; NINEBOT INC (China),

                Defendants.

Case No. 3:16-cv-05688-RBL

**ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c)**

Having considered the Motion to Substitute Inventist, Inc. as Plaintiff in this action, and pursuant to Fed. R. Civ. P. 25(c), IT IS HEREBY ORDERED that this motion is GRANTED and, effective this 21st day of November, 2019, Inventist, Inc. is hereby substituted for Solowheel, Inc. as Plaintiff in this action.

IT IS SO ORDERED.

Dated this 21st day of November, 2019.

Ronald B. Leighton
United States District Judge

ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 25(c) - 1
Case No. 3:16-cv-05688-RBL

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

Presented by:

By: *s/ Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
By: *s/ Kevin Ormiston*
Kevin Ormiston, WSBA #49835
FOSTER GARVEY PLLC
1111 3rd Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 447-4400
Fax: (206) 749-1940
E-mail: Ben.Hodges@foster.com,
Kevin.Ormiston@foster.com

*Counsel for Plaintiff Solowheel, Inc. and Proposed Substitute Plaintiff Inventist, Inc.*

ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 25(c) - 2
Case No. 3:16-cv-05688-RBL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700