Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INVENTIST INC,<br><br>                             Plaintiff,<br><br>    v.<br><br>NINEBOT INC (TIANJIN) TECHNOLOGY CO., LTD, et al.,<br><br>                            Defendants. | NO.  3:16-cv-05688-BJR<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT** |

PLEASE TAKE NOTICE that Cameron H. Tousi of IP Law Leaders PLLC hereby withdraws as an attorney of record for Defendant Ninebot (Tianjin) Technology Co., Ltd. herein, and in his place Michael C. Whitticar of WPAT, PC is hereby substituted as an attorney of record for said defendant.  Service on said defendant of all future pleadings or papers, exclusive of service of process, shall be made upon Michael C. Whitticar at the address below.

DATED this 25th day of November 2020.

| | |
|---|---|
| Approved:<br>FOSTER GARVEY PC<br><br>*s/ Kevin Ormiston*<br>Benjamin J. Hodges, WSBA No. 49301<br>Kevin Ormiston, WSBA No. 49835<br>Attorneys for Plaintiff<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 447-6252<br>*Ben.Hodges@foster.com*<br>*Kevin.Ormiston@foster.com* | Submitted by:<br>WPAT, PC<br><br>*s/ Michael C. Whitticar*<br>Michael C. Whitticar (Pro Hac Vice)<br>Appearing Attorney for Defendant Ninebot (Tianjin) Technology Co., Ltd.<br>8230 Boone Blvd., Suite 405<br>Vienna, VA 22182<br>Phone: (571) 386-2980<br>*MWhitticar@wpat.com*<br><br>IP LAW LEADERS PLLC<br><br>*s/ Cameraon H. Tousi*<br>Cameron H. Tousi (Pro Hac Vice)<br>Withdrawing Attorney for Defendant Ninebot (Tianjin) Technology Co., Ltd.<br>6701 Democracy Blvd., Ste 555<br>Bethesda, MD 20817<br>Phone: (202) 248-5410<br>Chtousi@ipllfirm.com |

## **ORDER**

IT IS SO ORDERED.

DATED this 1st day of December 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge