UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INVENTIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINEBOT, INC., et al., <br><br> Defendants. | No. 3:16-CV-5688-BJR <br><br> ORDER SETTING TRIAL DATE AND RELATED DATES |

The Court has reviewed the parties' joint status report (Dkt. No. 97), which proposes a new trial date and related dates. Having reviewed the joint status report and the record in this case, the Court has made adjustments to the schedule proposed by the parties.

The parties based their proposed schedule on deadlines that were previously set by the Honorable Ronald B. Leighton, who presided over this matter until his retirement in August 2020. Because this Court's practices differ in some respects from Judge Leighton's, the case schedule has been adjusted to conform to this Court's practices. In particular, the parties are reminded to follow the requirements set forth in this Court's Standing Order for All Civil Cases ("Standing Order," Dkt. No. 86).

The Court sets the case schedule as follows:

ORDER - 1

| Event | Parties' Proposed Date | Date Ordered by Court |
|---|---|---|
| Completion of fact discovery | 3/21/2022 | 2/21/2022 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) | 5/23/2022 | 4/25/2022 |
| Rebuttal Expert Disclosure/Reports | 6/13/2022 | 5/16/2022 |
| Expert discovery completed | 7/11/2022 | 6/13/2022 |
| Dispositive motions due | 10/10/2022 | 8/15/2022 |
| Settlement conference to be held by | 12/16/2022 | 11/22/2022 |
| Mediation to be completed by | 1/16/2023 | N/A |
| Motions in limine due by | 1/16/2023 | 1/13/2023 |
| Pretrial Order due by | 2/13/2023 | N/A  Per Court's Standing Order, the parties are to submit a Joint Pretrial Statement rather than a Pretrial Order |
| Joint Pretrial Statement (see Court's Standing Order for requirements) | N/A | 1/23/2023 |
| Trial briefs to be submitted by | 3/20/2023 | N/A  Court reserves the authority to order the submission of trial briefs if needed |
| Proposed voir dire/jury instructions due by | 3/20/2023 | To be submitted as part of the Joint Pretrial Statement, per Court's Standing Order |
| Pretrial Conference | 3/31/2023 | 2/6/2023 at 10:30 a.m. |
| Jury Trial is set for | At the Court's convenience around 4/7/2023 | 2/21/2023 |

Dated:  October 8, 2021

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2