The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INVENTIST, INC.,<br><br>                        Plaintiff,<br><br>    v.<br><br>NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China),<br><br>                        Defendant. | Case No. 3:16-cv-05688-BJR<br><br>**ORDER GRANTING MOTION TO EXTEND FACT DISCOVERY PERIOD** |

Having considered the Unopposed Motion to Extend Fact Discovery Period (Dkt. No. 99), it is HEREBY ORDERED that the Motion is GRANTED and the fact discovery period is extended through March 11, 2022.

Dated this 11th day of February, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Judge

ORDER GRANTING MOTION TO EXTEND
FACT DISCOVERY PERIOD - 1
Case No. 3:16-cv-05688-BJR

NOVA IP LAW, PLLC
155 BROADVIEW AVENUE, SUITE 200
WARRENTON, VIRGINIA 20186
PHONE (571) 386-2980  FAX (855) 295-0740

Presented by:

*/s/ Al Van Kampen*

Al Van Kampen
VAN KAMPEN & CROWE PLLC
1001 Fourth Avenue, Ste 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
Email: AVanKampen@VKClaw.com

Michael C. Whitticar; VSB No. 32968
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Tel: 571-386-2980
Fax: 855-295-0740
Email: mikew@novaiplaw.com

ORDER GRANTING MOTION TO EXTEND
FACT DISCOVERY PERIOD - 2
Case No. 3:16-cv-05688-BJR

NOVA IP LAW, PLLC
155 BROADVIEW AVENUE, SUITE 200
WARRENTON, VIRGINIA 20186
PHONE (571) 386-2980  FAX (855) 295-0740