The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

INVENTIST, INC.,

                Plaintiff,

  v.

NINEBOT INC. (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.; NINEBOT, INC. (China),

                Defendants.

Case No. 3:16-cv-05688-BJR

**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY**

Having considered the Parties' Stipulated Motion To Extend Discovery, it is HEREBY ORDERED that the Motion is GRANTED and the fact discovery period is extended through March 25, 2022.

It is further ORDERED that the expert discovery deadlines are extended fourteen days, with the new deadlines calendared as follows:

- Expert Witness Disclosure/Reports under FRCP 26(a)(2)     5/9/2022
- Rebuttal Expert Disclosure/Reports     5/30/2022
- Expert discovery completed     6/27/2022

ORDER GRANTING MOTION TO EXTEND DISCOVERY - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:100158812.1

All other dates on the Court's Order Setting Trial Date And Related Dates (ECF No. 98), shall remain the same.

DATED this 14th day of March, 2022.

<u>s/Barbara J. Rothstein</u><br>
Barbara Jacobs Rothstein<br>
U.S. District Judge

Presented by:
/s/ *Benjamin J. Hodges*
Benjamin J. Hodges, WSBA #49301
/s/ *Christopher G. Emch*
Christopher G. Emch, WSBA #26457
/s/ *Margaret S. Sholian*
Margaret S. Sholian, WSBA #51444
FOSTER GARVEY PC
1111 Third Ave, Suite 3000
Seattle, WA 98101-3292
Ben.Hodges@foster.com
Chris.Emch@foster.com
Maggie.Sholian@foster.com
Telephone: (206) 447-4400
Facsimile: (206) 447-9700

*Counsel for Plaintiff Inventist, Inc.*

ORDER GRANTING MOTION TO
EXTEND DISCOVERY - 2

FG:100158812.1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700