# EXHIBIT 4

To Aitken Declaration in Support Of Ninebot's Motion for Summary Judgment

# EXHIBIT 2

# ASSIGNMENT

WHEREAS, I, Shane Chen, am the inventor and owner of the entire right, title, and interest in and to the patents and patent applications identified in Schedule 1 (collectively referred to as the "Patents");

AND, WHEREAS, Inventist, Inc., a Washington corporation, having a principal address at 4901 NW Camas Meadows Dr., Camas, Washington 98607 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title, and interest in and to the Patents;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and intending to be legally bound, I hereby assign and transfer to ASSIGNEE the entire right, title, and interest in and to the Patents and related inventions, including all improvements, variations, derivations and inventive subject matter directly or indirectly related to the Patents and inventions, and all provisional or nonprovisional patent applications or issued patents that have been or may be granted thereon, including without limitation all reissues, divisions, continuations, continuations in part, and extensions of the patent applications or patents, or any other form of protection for the inventions related to the Patents, in the United States and foreign countries; all rights of action arising from the inventions and all applications and patents on the inventions; all claims for damages by reason of past and future infringement of the inventions and all applications and patents on the inventions, and the right to sue and collect damages for such infringement; all of the foregoing assigned rights to be held and enjoyed by the ASSIGNEE for its own use and benefit and for its successors and assigns as the same would have been held by me had this assignment not been made.

I do hereby further agree and promise to execute all instruments and render all such assistance as ASSIGNEE may request in order to: make and prosecute any and all applications on the inventions, maintain and enforce any and all patents on the inventions, and confirm in ASSIGNEE legal title to the inventions and all applications and patents on the inventions in the United States and foreign countries, all without charge to ASSIGNEE but at no expense to me. In

**16579**
CUSTOMER NUMBER

FG:53346524.3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

the event that ASSIGNEE is unable for any reason, after reasonable effort, to secure my signature on any document needed in connection with the actions specified in this paragraph, or to otherwise perfect in ASSIGNEE the entire right, title, and interest in and to the Patents and related inventions, I hereby irrevocably designate and appoint the ASSIGNEE and its duly authorized officers and agents as my agent and attorney in fact, to act for and in my behalf to execute, verify and file any such documents and to do all other lawfully permitted acts to further the purposes of this assignment with the same legal force and effect as if executed by me. I hereby waive and quitclaim to the ASSIGNEE any and all claims, of any nature whatsoever, which I now or may hereafter have for infringement of any proprietary rights assigned to the ASSIGNEE.

If any provision of this assignment is held by any court to be unenforceable, such provision shall be interpreted to accomplish the objectives of the original provision to the fullest extent allowed by law, and the remainder of this assignment shall remain in full force and effect.

EXECUTED at  Seattle  (city), WA (state), on 10/21/2019 , (Date).

_/s/ Shane Chen_
Shane Chen

16579
CUSTOMER NUMBER

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53346524.3

| Patent Number | Patent Publication/Application No. | Title |
|---|---|---|
| US 8,807,250B2 | US 2011-0220427A1<br><br>13/044,487 | POWERED SINGLE-WHEELED SELF-BALANCING VEHICLE FOR STANDING USER |
| US D673,081S | 29/414,028 | SINGLE-WHEELED VEHICLE |
| D729,698 | 29/459,582 | One-Wheeled Vehicle |

16579
CUSTOMER NUMBER

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53346524.3