# EXHIBIT 5

To Aitken Declaration in Support Of Ninebot's Motion for Summary Judgment

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SOLOWHEEL, INC.,<br><br>                  Plaintiff,<br><br>  v.<br><br>NINEBOT INC (USA), D/B/A NINEBOT U.S., INC.; NINEBOT (TIANJIN) TECHNOLOGY CO., LTD; NINEBOT INC (China),<br><br>                  Defendants. | Case No. 3:16-cv-05688-RBL<br><br>DECLARATION OF SHANE CHEN IN SUPPORT OF STIPULATED MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c) |

1. My name is Shane Chen. I am the founder and owner of Inventist, Inc. ("Inventist").

2. Attached to this Declaration is a true and correct copy of the assignments of U.S. Patent No. 8,807,250 ("the '250 patent"), U.S. Design Patent No. D729698 ("the '698 Patent"), and U.S. Design Patent No. D673081 ("the '081 Patent"). (Exhibit 1) from Solowheel (name later changed to Future Wheel) to Shane Chen and from Shane Chen to Inventist (Exhibit 2). Solowheel has retained no present interest in the '250, '698, or '081 patents and has no interest in the outcome of this litigation.

3. Inventist was aware of this proceeding before executing the assignment. Inventist wishes to maintain this action and consents to substituting in as plaintiff in place of Solowheel.

4. Inventist has authorized Solowheel to proceed with the lawsuit until Inventist is able to substitute in and take over the lawsuit.

DECLARATION OF SHANE CHEN IN SUPPORT OF STIPULATED MOTION TO SUBSTITUTE PLAINTIFF PURSUANT TO FED. R. CIV. P. 25(c) - 1
Case No. 3:16-cv-05688-RBL

Foster Garvey PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400  Fax (206) 447-9700

5. Solowheel will cooperate with all discovery needs in the case and will accept service of all discovery requests via notice to Foster Garvey. Solowheel agrees to and will participate in discovery as if it remained a party and without the need for service of a subpoena.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed and dated this 8th day of November, 2019, at Camas, Washington.

Shane Chen

DECLARATION OF SHANE CHEN IN SUPPORT OF
STIPULATED MOTION TO SUBSTITUTE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 25(c) - 2
Case No. 3:16-cv-05688-RBL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

# EXHIBIT 1



Secretary of State
State of Washington
Date Filed: 09/14/2018
Effective Date: 09/14/2018
UBI No: 604 135 410

■ Amendment Fee $30

☐ Amendment Fee with Expedited Service $80

# ARTICLES OF AMENDMENT
# PROFIT CORPORATION
# RCW 23B.10

Please provide UBI # 604 135 410

**NAME OF PROFIT CORPORATION:** (as currently recorded with the Office of the Secretary of State)
Solowheel Inc.

**BUSINESS TYPE:** Are you changing your business type? ☐ Yes ✓ No  (if no, continue to next section)

If yes, select the change being made:

☐ WA PROFESSIONAL SERVICE CORPORATION   ☐ WA PUBLIC UTILITY CORPORATION

☐ WA SOCIAL PURPOSE CORPORTION

**ENTITY NAME CHANGE:** Are you changing your business name? ■ Yes ☐ No  If no, continue to Jurisdiction

If yes, do you already have an entity name reserved? ☐ Yes ■ No

If Yes, provide the Name Reservation Number and Name    If No, provide only the name

Reservation Number: _____

Name: Future Wheel Technologies Inc.

**CORPORATE SHARES:** Are you changing your business's authorized shares? ☐ Yes ■ No  If no, continue to next section

New number of authorized shares: _____    Class of shares: ☐ Common Stock   ☐ Preferred Stock

Did your share information change? (check one) ☐ Yes ☐ No  If No, continue to next section

If Yes, implementation plan for change: (attach additional pages if needed)

_____

_____

Has your registered agent changed? ☐ YES  ■ NO   If Yes, please be sure to complete page 2

Articles of Amendment - Profit
Pg 1 | Revised 7.2018

Page: 1 of 3

Work Order #: 2018091100423228 - 1
Received Date: 09/11/2018
Amount Received: $30.00

## NEW REGISTERED AGENT:

Is the Registered Agent a Commercial Registered Agent? ☐ Yes ☐ No

**If Yes**, provide the name of the Commercial Registered Agent: _____

A Commercial Registered Agent is an entity or individual that is registered with the Office of the Secretary of State to receive legal documents on behalf of a corporation. A Commercial Registered Agent has the entities/individual's address on record with the office.

**A Registered Agent consent is still required for a Commercial Registered Agent located below.**

**If No**, please continue below

Please complete **ONE** type of Registered Agent below, be sure to include the name below the checked box. Then continue to provide the required street address. Mailing address if needed.

| ☐ Individual | ☐ Entity | ☐ Office or Position |
|---|---|---|
| _____ | _____ | _____ |
| First and last name of a Non-commercial Registered Agent. (Any person not registered as a Commercial Registered Agent.) | Name of a Non-commercial Registered Agent. (Any business not registered as a Commercial Registered Agent.) | List the Office or Position serves as agent. (Only if using the specific office or position as the registered agent, no matter who holds the position like: Secretary, Member or Treasurer.) |

Phone: _____       Email: _____

**Registered Agent Street Address (required)**
(Must be a physical address No PO Box or PMB)

Country: <u>United States</u>       State: <u>Washington</u>

Address: _____

_____

Zip: _____ City: _____

**Registered Agent Mailing Address (optional)**
☐ Check if mailing address is the same as street address

Country: <u>United States</u>       State: <u>Washington</u>

Address: _____

_____

Zip: _____ City: _____

### CONSENT TO SERVE AS REGISTERED AGENT - REQUIRED FOR ALL TYPES

I hereby consent to serve as Registered Agent in the State of Washington for the named entity. I understand it will be my responsibility to accept service of process, notices, and demands on behalf of the entity; to forward mail to the entity; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

_____       _____       _____
Signature of Registered Agent       Printed Name/Title       Date

Articles of Amendment - Profit
Pg 2 | Revised 7.2018

4

Page: 2 of 3

Work Order #: 2018091100423228 - 1
Received Date: 09/11/2018
Amount Received: $30.00

**DURATION:** *Required only if changed*    Please check **ONE** of the following

☐ This Company shall have a perpetual duration    ☐ This Company shall have a duration of _____ years.

☐ This Company shall expire on _____

**ADOPTION OF ARTICLES OF AMENDMENT:** This Amendment was duly adopted by the following method

☐ By a sufficient vote of shareholders

■ By the board of directors

☐ By the incorporators prior to the issuance of shares

**EFFECTIVE DATE:**

■ Date of filing  ☐ Specify a Date _____   cannot be more than 90 days following received date

**DATE OF ADOPTION:** When was this Amendment adopted?

■ Date of filing  ☐ Specify a date: _____

**RETURN ADDRESS FOR THIS FILING:** *(Optional)*

This address will be sent document(s) regarding this specific filing in addition to document(s) being sent to the Registered Agent's street/mailing address.

**Attention to:** Rose Wang

**Email:** rose.wang@myinmotion.com

**Address:** 7220 Trade Street, Suite 102

**City** San Diego     **State** CA     **Zip** 92121

**AUTHORIZED PERSON:**

This record is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.

*[signature]*                    Rose Wang/CEO                    08/31/2018

**Signature of Authorized Person**    **Printed Name/Title**    **Date**

Articles of Amendment - Profit
Pg 3 | Revised 7.2018

Page: 3 of 3

Work Order #: 2018091100423228 - 1
Received Date: 09/11/2018
Amount Received: $30.00

ASSIGNMENT

The undersigned **Future Wheel Technologies Inc** with a registered address at 4901 NW Camas Meadows Drive, Camas, Washington 98607, USA. (the "ASSIGNOR"), owner of any and all rights, title and interest in and to the patents and patent applications identified in Schedule 1 (collectively referred to as the "Patents"), hereby declares to have assigned and transferred the full ownership and all rights relating to the above-mentioned Patents to **Shane Chen** with registered address at 4901 NW Camas Meadows Drive, Camas, Washington 98607 (the "ASSIGNEE") which hereby declares to have accepted all rights, exclusive ownership and interests relating to the above-mentioned Patents.

The ASSIGNOR authorizes the ASSIGNEE to carry out all formalities relating to the recordal of this deed with United States Patent and Trademark Office and undertakes to sign all documents that may be necessary therefor.

Date 3月2号 , 2019

THE ASSIGNOR

(name of the Assignor) Future Wheel Technologies Inc

By: (signature)
Name:
Title: ....................

THE ASSIGNEE

(name of the Assignee) Shane CHEN
By: (signature)
Name: Shane CHEN

6

| 公开(公告)号 | 简图 | 申请号 | 专利名称 | 法律状态 | 类型 |
|---|---|---|---|---|---|
| US 8807250B2 | | 13/044,487 | POWERED SINGLE-WHEELED SELF-BANLANCING VEHICLE FOR STANDING USER | 授权 | 美国发明 |
| USD673081S | | 29/414028 | TWO-WHEELED VEHICLE WITH SUSPENSION FRICTION DRIVE SYSTEM | 授权 | 美国外观 |
| US 8,738,278 B2 | | 13/764,781 | Two-Wheel, Self-Balancing Vehicle With Independently Movable Foot Placement Sections | 授权 | 美国发明 |
| US2017233023A1 | | 15/338,387 | SELF-BALANCING VEHICLE WITH ADJUSTABLE OR MOVABLE POSITIONING OF FOOT PLATFORMS | 审查中 | 美国发明 |
| | | PCT/US16/59790 | SELF-BALANCING VEHICLE WITH ADJUSTABLE OR MOVABLE POSITIONING OF FOOT PLATFORMS | 受理 | PCT |
| | | 62373967 | ERGONOMIC, CENTRAL-WHEEL STRUCTURE SELF-BALANCING DEVICE (DEPLOYABLE FOOT PLATFORM PERSONAL TRANSPORTATION DEVICE) | 受理 | 美国临时 |
| | | 29587030 | Self-Balancing Transportation Device | 授权 | 美国外观 |
| | | 62452346 | ERGONOMIC, MULTIPLE ORIENTATION CENTRAL WHEEL STRUCTURE SELF-BALANCING DEVICE | 受理 | 美国临时 |
| | | 62509056 | TWO-WHEELED VEHICLE WITH SUSPENSION FRICTION DRIVE SYSTEM | 受理 | 美国临时 |

7

| 13/044,487 | POWERED SINGLE-WHEELED SELF-BALANCING VEHICLE FOR STANDING USER | 10-24-2019::14:45:04 |
|---|---|---|

# Patent Assignment Abstract of Title

**Total Assignments:** 5

| | | |
|---|---|---|
| **Application #:** 13044487 | **Filing Dt:** 03/09/2011 | **Patent #:** 8807250 | **Issue Dt:** 08/19/2014 |
| **PCT #:** NONE | **Intl Reg #:** | **Publication #:** US20110220427 | **Pub Dt:** 09/15/2011 |
| **Inventor:** Shane Chen | | | |
| **Title:** POWERED SINGLE-WHEELED SELF-BALANCING VEHICLE FOR STANDING USER | | | |

## Assignment: 1
| | |
|---|---|
| **Reel/Frame:** 039341 / 0942 | **Received:** 08/04/2016 | **Recorded:** 08/04/2016 | **Mailed:** 08/05/2016 | **Pages:** 3 |
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** CHEN, SHANE | | | **Exec Dt:** 08/04/2016 | |
| **Assignee:** INVENTIST, INC.<br>4901 NW CAMAS MEADOWS DR.<br>CAMAS, WASHINGTON 98607 | | | | |
| **Correspondent:** FOSTER PEPPER PLLC<br>1111 3RD AVE<br>SUITE 3000<br>SEATTLE, WA 98101 | | | | |

## Assignment: 2
| **Reel/Frame:** 044241 / 0023 | **Received:** 11/28/2017 | **Recorded:** 11/28/2017 | **Mailed:** 11/30/2017 | **Pages:** 4 |
|---|---|---|---|---|
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** INVENTIST, INC. | | | **Exec Dt:** 11/21/2017 | |
| **Assignee:** SOLOWHEEL INC.<br>4901 NW CAMAS MEADOWS DRIVE<br>CAMAS, WASHINGTON 98607 | | | | |
| **Correspondent:** FOSTER PEPPER PLLC<br>1111 THIRD AVENUE<br>SUITE 3000<br>SEATTLE, WA 98101 | | | | |

## Assignment: 3
| **Reel/Frame:** 048567 / 0540 | **Received:** 03/11/2019 | **Recorded:** 03/11/2019 | **Mailed:** 03/13/2019 | **Pages:** 5 |
|---|---|---|---|---|
| **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** SOLOWHEEL INC. | | | **Exec Dt:** 08/31/2018 | |
| **Assignee:** FUTURE WHEEL TECHNOLOGIES INC.<br>4901 NW CAMAS MEADOWS DRIVE<br>CAMAS, WASHINGTON 98607 | | | | |
| **Correspondent:** FOSTER PEPPER PLLC<br>1111 THIRD AVENUE<br>SUITE 3000<br>SEATTLE, WA 98101 | | | | |

## Assignment: 4
| **Reel/Frame:** 048565 / 0405 | **Received:** 03/11/2019 | **Recorded:** 03/11/2019 | **Mailed:** 03/12/2019 | **Pages:** 4 |
|---|---|---|---|---|
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** FUTURE WHEEL TECHNOLOGIES INC. | | | **Exec Dt:** 03/02/2019 | |
| **Assignee:** SHANE CHEN<br>4901 NW CAMAS MEADOWS DRIVE<br>CAMAS, WASHINGTON 98607 | | | | |
| **Correspondent:** FOSTER PEPPER PLLC<br>1111 THIRD AVENUE<br>SUITE 3000<br>SEATTLE, WA 98101 | | | | |

## Assignment: 5
| **Reel/Frame:** 050775 / 0261 | **Received:** 10/21/2019 | **Recorded:** 10/21/2019 | **Mailed:** 10/22/2019 | **Pages:** 4 |
|---|---|---|---|---|
| **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | | | | |
| **Assignor:** CHEN, SHANE | | | **Exec Dt:** 10/21/2019 | |
| **Assignee:** INVENTIST, INC.<br>4901 NW CAMAS MEADOWS DRIVE<br>CAMAS, WASHINGTON 98607 | | | | |
| **Correspondent:** FOSTER GARVEY PC<br>1111 THIRD AVENUE<br>SUITE 3000<br>SEATTLE, WA 98101 | | | | |

Search Results as of: 10/24/2019 14:43:20 PM

**Disclaimer:**
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*

If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

[Close Window](#)

| 29/414,028 | SINGLE-WHEELED VEHICLE | 10-24-2019::14:46:49 |
|---|---|---|

# Patent Assignment Abstract of Title

**Total Assignments: 5**

**Application #:** 29414028    **Filing Dt:** 02/23/2012    **Patent #:** D673081    **Issue Dt:** 12/25/2012
**PCT #:** NONE    **Intl Reg #:**    **Publication #:** NONE    **Pub Dt:**
**Inventor:** Shane Chen
**Title:** SINGLE-WHEELED VEHICLE

## Assignment: 1
**Reel/Frame:** 043871 / 0066    **Received:** 10/16/2017    **Recorded:** 10/16/2017    **Mailed:** 10/17/2017    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** CHEN, SHANE    **Exec Dt:** 09/30/2017
**Assignee:** INVENTIST, INC.
4901 NW CAMAS MEADOWS DRIVE
CAMAS, WASHINGTON 98607
**Correspondent:** FOSTER PEPPER PLLC
1111 THIRD AVENUE
SUITE 3000
SEATTLE, WA 98101

## Assignment: 2
**Reel/Frame:** 043871 / 0130    **Received:** 10/16/2017    **Recorded:** 10/16/2017    **Mailed:** 10/17/2017    **Pages:** 5
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** INVENTIST, INC.    **Exec Dt:** 09/30/2017
**Assignee:** SOLOWHEEL INC.
4901 NW CAMAS MEADOWS DRIVE
CAMAS, WASHINGTON 98607
**Correspondent:** FOSTER PEPPER PLLC
1111 THIRD AVENUE
SUITE 3000
SEATTLE, WA 98101

## Assignment: 3
**Reel/Frame:** 048567 / 0540    **Received:** 03/11/2019    **Recorded:** 03/11/2019    **Mailed:** 03/13/2019    **Pages:** 5
**Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
**Assignor:** SOLOWHEEL INC.    **Exec Dt:** 08/31/2018
**Assignee:** FUTURE WHEEL TECHNOLOGIES INC.
4901 NW CAMAS MEADOWS DRIVE
CAMAS, WASHINGTON 98607
**Correspondent:** FOSTER PEPPER PLLC
1111 THIRD AVENUE
SUITE 3000
SEATTLE, WA 98101

## Assignment: 4
**Reel/Frame:** 048565 / 0405    **Received:** 03/11/2019    **Recorded:** 03/11/2019    **Mailed:** 03/12/2019    **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** FUTURE WHEEL TECHNOLOGIES INC.    **Exec Dt:** 03/02/2019
**Assignee:** SHANE CHEN
4901 NW CAMAS MEADOWS DRIVE
CAMAS, WASHINGTON 98607
**Correspondent:** FOSTER PEPPER PLLC
1111 THIRD AVENUE
SUITE 3000
SEATTLE, WA 98101

## Assignment: 5
**Reel/Frame:** 050775 / 0261    **Received:** 10/21/2019    **Recorded:** 10/21/2019    **Mailed:** 10/22/2019    **Pages:** 4
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** CHEN, SHANE    **Exec Dt:** 10/21/2019
**Assignee:** INVENTIST, INC.
4901 NW CAMAS MEADOWS DRIVE
CAMAS, WASHINGTON 98607
**Correspondent:** FOSTER GARVEY PC
1111 THIRD AVENUE
SUITE 3000
SEATTLE, WA 98101

Search Results as of: 10/24/2019 14:46:44 PM

*Disclaimer:*
*Assignment information on the assignment database reflects assignment documents that have been actually recorded.*

10

If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different.
*If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350*

[Close Window](#)

## ASSIGNMENT

The undersigned **Future Wheel Technologies Inc.** with a registered address at 4901 NW Camas Meadows Drive, Camas, Washington 98607, USA (the "ASSIGNOR"), owner of any and all rights, title and interest in and to the patents and patent applications identified in Schedule 1 and related inventions, including any invention by Shane Chen, all improvements, variations, derivations and inventive subject matter directly or indirectly related thereto; All applications relating thereto and all applications claiming priority thereto, including without limitation, all reissues, divisions, continuations, continuations-in-part, substitutions, extensions, rights of priority, and foreign counterparts of the foregoing; All patents which may be granted thereon; and equivalents of any of the foregoing or any other form of protection for the inventions related to the patents in Schedule 1, in the United States and foreign countries (all collectively referred to as the " Patents"); (collectively referred to as the "Patents"), hereby declares to have assigned and transferred the full ownership and all rights relating to the above-mentioned Patents to **Shane Chen** with registered address at 4901 NW Camas Meadows Drive, Camas, Washington 98607 (the "ASSIGNEE") which hereby declares to have accepted all rights, exclusive ownership and interests relating to the above-mentioned Patents.

The ASSIGNOR authorizes the ASSIGNEE to carry out all formalities relating to the recordal of this deed with the United States Patent and Trademark Office and undertakes to sign all documents that may be necessary therefor.

Date: _23. 9_____, 2019.

### THE ASSIGNOR

(name of the ASSIGNOR) Future Wheel Technologies Inc.

By: (signature)

Name:_____

Title:_____

### THE ASSIGNEE

(name of the ASSIGNEE) Shane CHEN

By: (signature)

1

Name: _____

## SCHEDULE 1

| Patent/Publication Number | Image | Title |
|---|---|---|
| US9481423 | | Single-Wheel Structure Transportation Device with Extendable Walking Handle |
| USD729698 | | One-wheeled vehicle |
| USD747668 | | One-wheeled vehicle |

2

13