1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

INVENTIST, INC.,

                    Plaintiff,

   v.

NINEBOT INC. (USA), D/B/A NINEBOT
U.S., INC.; NINEBOT (TIANJIN)
TECHNOLOGY CO., LTD.; NINEBOT,
INC. (China),

                    Defendants.

NO.  3:16-cv-05688-BJR

**ORDER GRANTING DEFENDANT'S
MOTION TO SEAL**

Defendant has moved to file certain documents under seal.  The Court, having

considered defendant's motion and reply papers, plaintiff's response papers, and the records on

file herein, hereby ORDERS that defendant's motion is GRANTED.  The unredacted version

of the defendant's opposition to the motion to exclude Stan V. Smith shall be filed under seal.

DATED this 25th day of April, 2023.

Barbara Jacobs Rothstein
United States District Judge

VAN KAMPEN & CROWE PLLC
P.O. Box 33632
Seattle, Washington 98133
(206) 386-7353

Order Granting Defendant's Motion to Seal - 1

1

2   Presented by:

3   VAN KAMPEN & CROWE PLLC

4
    /s/ *Al Van Kampen*
5
    Al  Van Kampen, WSBA 13670
6   Van Kampen & Crowe PLLC
    P.O. Box  33632
7   Seattle, Washington  98133
8   *AVanKampen@VKClaw.com*

9   Michael C. Whitticar, *pro hac vice*
    155 Broadview Avenue, Suite 200
10  Warrenton, VA 20186
    Telephone:   (571) 386-2980
11  Fax:  855-295-0740
12  www.novaiplaw.com
    *mikew@novaiplaw.com*
13
    Andrew C. Aitken, *pro hac vice*
14  *acaitken@yahoo.com*
    WPAT, PC
15  6701 Democracy Blvd., Suite 555
16  Bethesda, MD 20817

17
    Counsel for Defendant
18  Ninebot (Tianjin) Technology Co., Ltd.

19

20

21

22

23

24

25

26

27

Order Granting Defendant's Motion to Seal - 2