The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INVENTIST, INC., et al.,

Plaintiffs,

v.

NINEBOT, INC., et al.,

Defendants.

NO. 16-cv-5688

**VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

Based on the evidence admitted at trial and in accordance with the instructions as given by the Court, we, the jury, unanimously agree to the answers to the following questions:

### I. UTILITY PATENT DAMAGES

1. The Court previously found that Ninebot infringed Inventist's '250 Patent. What lost profits, if any, did Inventist show it more likely than not suffered as a result of sales that it would with reasonable probability have made but for Ninebot's infringement?

   Inventist's Lost Profits     $ **835 220**

Continue to Question 2.

VERDICT FORM
- 1

2. For those infringing sales for which Inventist has not proved its entitlement to lost profits, what has it proved it is entitled to as a reasonable royalty?

Total Royalty Damages     $ 29593

Continue to Question 3.

## II. DESIGN PATENT INFRINGEMENT

3. Has Inventist proven that it is more probable than not that Ninebot infringed the '081 design patent?

    X  NO     ___ YES

If you answer NO, do not answer the remaining questions and proceed to check and sign the verdict form.

If you answer YES, continue to Question 4.

## III. DESIGN PATENT DAMAGES

4. If you answered Question 3 NO, do not answer this question, and proceed to check and sign the verdict form. If you answered Question 3 YES, what damages do you find Inventist has proven that it is more probable than not it has suffered as a result of that infringement?

    Ninebot's Profits     $ _____

Continue to next page.

VERDICT FORM
- 2

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED this 17th day of August, 2023.

 Presiding Juror

VERDICT FORM - 3